**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 85 WM 2023 |
| | : | |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM M. DANIELS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* be DENIED.